No. 79–6369. SAUNDERS-EL *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–6371. GOSNELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6375. MALLOY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6378. VARKONYI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6388. DEJEAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6391. BROWN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–6397. CAMERON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6398. BURRUS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–6406. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6411. MEARS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–6418. PLEXICO *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–6424. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6426. COLVIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1200. OREGON *v.* HAYNES. Sup. Ct. Ore. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.